UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVSION

ANTOINETTE HOPE
AND BUDDY HOPE,

  Plaintiff,

                                          CASE NO.:

-vs-

UNITED STATES OF AMERICA

  Defendant.

_____/

## COMPLAINT

Plaintiffs, ANTOINETTE HOPE AND BUDDY HOPE, by and through the undersigned counsel, hereby sues Defendant, UNITED STATES POSTAL SERVICE, and alleges as follows:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees.

2. This case is under the Federal Torts Claims Act, 28 U.S.C. §2671-§2680, §1346(b), §2401(b) and §1402(b)

3. This Court has jurisdiction pursuant to 28 U.S.C. §1346(b)(1) in that it involves claims for personal injuries caused by the negligent or wrongful act or omission of an employee of the United States of America.

4. All conditions precedent and prerequisites to filing suit have been met pursuant to to 28 U.S.C. §2675. Copies of the Claim for Damage, Injury, or Death (Form SF 95) is attached as Exhibit "A" to this complaint. A copy of the certified returned receipt is attached as Exhibit "B" to this complaint.

5. At all times material to this action, Plaintiff, ANTOINETTE HOPE, was a natural person residing in Homestead, Miami Dade County, Florida.

6. At all times material to this action, Plaintiff, BUDDY HOPE, was a natural person residing in Homestead, Miami Dade County, Florida.

7. On or about October 6, 2020, Defendant, UNITED STATES OF AMERICA, owned a USPS motor vehicle that was operated with consent by its employee at or near the intersection of 12050 SW 117th Avenue and SW 117th Avenue in Homestead, Miami-Dade County, Florida.

8. At that time and place, Plaintiff, ANTOINETTE HOPE, was operating a motor vehicle in which Plaintiff, BUDDY HOPE, was a passenger, traveling on SW 117th Avenue in Homestead, Miami-Dade County, Florida.

9. At that time and place, Defendant's employee owed a duty to Plaintiffs to use reasonable care in the operation and/or maintenance of the motor vehicle.

10. At that time and place, Defendant's employee breached that duty when Defendant's employee negligently operated and/or maintained the motor vehicle so that it collided with Plaintiffs' motor vehicle.

11. As a direct and proximate result of the negligence of Defendant, Plaintiffs suffered bodily injuries resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiffs, ANTOINETTE HOPE AND BUDDY HOPE, sue the Defendant, UNITED STATES OF AMERICA, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

DATED this 22nd day of June 2022.

                                       */s/ Nicholas Borrego*
                                       **NICHOLAS BORREGO, ESQ.**
                                       FBN: 1010349
                                       Morgan & Morgan
                                       703 Waterford Way, Suite 1050
                                       Miami, FL 33126
                                       Telephone: (786) 598-5555
                                       Facsimile: (786) 598-5574
                                       Attorneys for Plaintiff
                                       E-Mail: nborrego@forthepeople.com
                                       janelnavarro@forthepeople.com

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: <br><br> TORT CLAIMS COORDINATOR <br> UNITED STATES POSTAL SERVICE <br> P. O. BOX 6127 <br> FT LAUDERDALE  FL  33310-6127 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. <br><br> Antoinette Hope <br> 10881 SW 244 Terrace <br> Homestead, FL, 33032 |
|---|---|

| 3. TYPE OF EMPLOYMENT <br> ☐ MILITARY   ☒ CIVILIAN | 4. DATE OF BIRTH <br> 01/07/1966 | 5. MARITAL STATUS <br> Married | 6. DATE AND DAY OF ACCIDENT <br> Tuesday, October 6, 2020 | 7. TIME (A.M. OR P.M.) <br> 10:32 AM |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Mrs. Antoinette Hope was operating a motor vehicle traveling southbound on SW 117th Avenue in Miami-Dade County, Florida, when the insured driver, Lazaro Ramos, failed to yield to oncoming traffic as he was attempting to turn right on to SW 117th Avenue from 12050 SW 117th Avenue, and crashed into the passenger side of Mrs. Hope's vehicle.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Side panel damage, tire and wheel damage. Vehicle is located at above address.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Ms. Hope sustained disc herniations at L4-5 and L5-S1. She also sustained disc bulges at L2-3, L3-4, C4-5, C5-6, and C6-7. She underwent chiropractic treatment and was referred to a specialist. She underwent Radiofrequency Ablations at L3-4, L4-5, L5-S1, a Lumbar Epidural Injection, Cervical Medial Branch Blocks at C3-4, C4-5, C5-6, Cervical Radio Frequency Ablation at C4-5, C5-6, and a microdiscectomy without fusion and capsulotomy at C5-6. She also underwent a second Lumbar Radiofrequeny Ablation due to the ongoing pain.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Buddy Hope | Same address as claimant. |

12. (See instructions on reverse).    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| Unknown | $5,000,000.00 | | $5,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). <br> *Antoinette Hope* | 13b. PHONE NUMBER OF PERSON SIGNING FORM <br> 786-217-3763 | 14. DATE OF SIGNATURE <br> 11/02/2021 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

| INSURANCE COVERAGE ||
|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. ||
| 15. Do you carry accident Insurance? [X] Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  [ ] No<br><br>GEICO<br>P.O. Box 9091<br>Macon, GA 31208-9091<br>Policy No.: 4084023425 ||
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [ ] Yes  [ ] No<br><br>Yes, for PIP. $1,000.00 Deductible. | 17. If deductible, state amount.<br><br>$1,000.00 |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).<br><br>GEICO has paid PIP benefits to exhaustion. ||
| 19. Do you carry public liability and property damage insurance?  [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  [ ] No<br><br>GEICO<br>P.O. Box 9091<br>Macon, GA 31208-9091<br>Policy No.: 4084023425 ||

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|
| 1. Submit to Appropriate Federal Agency:<br><br>TORT CLAIMS COORDINATOR<br>UNITED STATES POSTAL SERVICE<br>P. O. BOX 6127<br>FT LAUDERDALE  FL  33310-6127 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Buddy Hope<br>10881 SW 244 Terrace<br>Homestead, FL, 33032 | |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>03/26/1958 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>Tuesday, October 6, 2020 | 7. TIME (A.M. OR P.M.)<br>10:32 A.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Mr. Buddy Hope was a passenger in a motor vehicle traveling southbound on SW 117th Avenue in Miami-Dade County, Florida, when the insured driver, Lazaro Ramos, failed to yield to oncoming traffic as he was attempting to turn right on to SW 117th Avenue from 12050 SW 117th Avenue, and crashed into the passenger side of Mr. Hope's vehicle,

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Side panel damage, tire and wheel damage. Vehicle is located at above address.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Mr. Hope sustained a disc herniation at C3-4, a disc herniation at L4-5 and a disc bulge at L5-S1. He treated with a chiropractor and was referred to a specialist, who performed a Right Sacroiliac Injection. He was also recommended to receive a Lumbar Medial Branch Block Injection, a Cervical Medial Branch Block Injection, and a Lumbar Epidural Steroid Injection. It was also noted that Mr. Hope would benefit from a Lumbar Radiofrequency Ablation.

| 11. | WITNESSES | |
|---|---|---|
| | NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | Antoinette Hope | Same address as Claimant. |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| Unknown | $5,000,000.00 | | $5,000,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Buddy Hope* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>786-217-3763 | 14. DATE OF SIGNATURE<br>11/02/2021 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE ||
|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. ||

15. Do you carry accident Insurance?  [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  [ ] No

GEICO
P.O. Box 9091
Macon, GA 31208-9091
Policy No.: 4084023425

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  [ ] Yes  [ ] No | 17. If deductible, state amount. |
|---|---|
| Yes, for PIP. $1,000.00 Deductible. | $1,000.00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

GEICO has paid PIP benefits.

19. Do you carry public liability and property damage insurance?  [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  [ ] No

GEICO
P.O. Box 9091
Macon, GA 31208-9091
Policy No.: 4084023425

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK



USPS TRACKING #

9590 9402 5889 0049 3852 14

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Janel Navarro
**Morgan & Morgan, P. A.**
703 Waterford Way, STE 1000
**Miami, FL 33126**

Hope, Buddy
Hope, Antoinette

Demands

Case 0:22-cv-21924-DPG Document 1 Entered on FLSD Docket 06/22/2022 Page

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Batch #510120126, Seq #15 Tracking #'95909402588900493852)

1. Article Addressed to:

United States Postal Service
P.O. Box 6127
Ft. Lauderdale, FL 3310

9590 9402 5889 0049 3852 14

2. Article Number (Transfer from service label)

7020 3160 0000 8020 9398

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

U.S.P.S. FORM 3811 CLAIMS
NOV 08 2021
SOUTH FLORIDA DISTRICT

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...stricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt